158 A.3d 1228

COMMONWEALTH of Pennsylvania, Respondent

v.

Prentice THOMAS, Petitioner

No. 308 EAL 2016

Supreme Court of Pennsylvania.

October 4, 2016

## ORDER

PER CURIAM

**AND NOW**, this 4th day of October, 2016, the Petition for Allowance of Appeal is **DENIED**.

Justice Donohue did not participate in the consideration or decision of this matter.